# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

ROBERT WARE, :
:
        Plaintiff, :
:
v. : 1:07-cv-150 (WLS)
:
ALICIA MARTIN, *et al.*, :
:
        Defendant. :
:

## ORDER

    Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on September 6, 2007. (Doc. 27). It is recommended that Plaintiff's claim for damages be dismissed without prejudice. *Id*. Plaintiff filed a timely objection to the Report and Recommendation on September 14, 2007. (Doc. 30).

    In the Recommendation, it was found that Plaintiff failed to state a claim upon which relief can be granted. (Doc. 27). As noted by Magistrate Judge Faircloth, the United States Supreme Court decision in Heck v. Humphrey, 512 U.S. 477, (1994), prohibits Plaintiff from prevailing unless he can prove that his conviction "has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus." (Doc. 27).

    In his objection, Plaintiff does not actually object to Magistrate Judge Faircloth's Recommendation. (*See* Doc. 30). Instead, Plaintiff uses his filing[1] as another opportunity to argue the merits of his case. (Doc. 30). Plaintiff contends, via his filing, that the search and seizure that led to his arrest was unlawful; that he was coerced into accepting the plea agreement; and he was inadequately represented by his lawyer in his criminal proceeding. None of these arguments address the legal conclusions articulated in Magistrate Judge Faircloth's Report and Recommendation (Doc. 27) to this Court. Nor does Plaintiff even attempt to provide any argument to show that he has in fact met the standard articulated in Heck, which would allow his

---

[1]     The Court notes here that the filing at Document 30 does not contain a caption other than the filing number for this case.

1

claims to survive. Accordingly, Plaintiff's objections (Doc. 30) are **OVERRULED**.

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 27) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Plaintiff's claims for damages (Doc. 2) are **DISMISSED without prejudice.** To clarify the record, the Court notes that Plaintiff's two pending motions (Docs. 21, 22) were **DENIED as MOOT** by Magistrate Judge Faircloth. (Doc. 27).

**SO ORDERED**, this   23rd   day of July, 2008.


   /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**